UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAFE N SIMPLE, LLC

     Plaintiff,

v.

SARASOTA MEDICAL PRODUCTS,
et al.,

     Defendants.

Case No. 24-cv-13080

Honorable Robert J. White

## ORDER FOR FACILITATIVE MEDIATION

After conferring with the Parties, the Court believes that "mediation will assist in the resolution of the case." E.D. Mich. LR 16.4(a)(2). Accordingly, this case is referred to facilitative mediation pursuant to Local Rule 16.4 with the following instructions:

1. Hon. (ret.) Lita Popke is appointed Mediator.  The Parties must contact and provide the Mediator with a copy of this Order as soon as practicable and shall divide equally the costs for the Mediator's services in this matter.

2. The mediation shall occur and is currently scheduled for September 2, 2026.

3. The following persons shall be present at the mediation:

    a. Attorneys in principal charge of the case;
    b. Plaintiff(s);
    c. Defendant(s);
    d. Representatives of the Parties with complete settlement authority.

4. Oral or written statements made for or during mediation by anyone are inadmissible in any evidentiary proceeding, and the Mediator may not be called to testify about the mediation.

5. No later than seven days after the mediation, the Mediator must notify the Court of "only the date of completion, who participated, whether settlement was reached, and whether further ADR proceedings are contemplated." *Id.* at 16.4(e)(6).

6. If a settlement is reached, the Parties must notify the Court immediately and then promptly submit "appropriate documents to conclude the case." *Id.* at 16.4(e)(7).

SO ORDERED.

Dated: July 15, 2026

s/Robert J. White_____
Robert J. White
United States District Judge

**STIPULATED TO:**

/s/ /JCY_____
Attorney for Plaintiff Jason C. Yert
Dated: July 10, 2026

/s/ /BW_____
Attorney for Defendant Brian Welch
Dated: July 10, 2026

2